# SUPREME COURT.

REBECCA H. BROWNE, executrix, &c., agt. FERGUS COCHRAN
*et al.*

Where there is no complete remedy at law, an action in equity is the
proper remedy to recover possession of a *deed*—a paper title of certain
property in Ireland.

*Special Term, February,* 1873.

VAN BRUNT, *J.*—This action is brought to recover pos-
session of a certain paper alleged to be a deed of certain
property in Ireland. The objection is made by defendants
that it is a case of replevin, and a suit in a court of equity
was not necessary. The answer to that objection is, that a
judgment in replevin provides for the verdict of the jury to
place a valuation on the property claimed, which it would
not be possible to do in this case, as, in consequence of the
peculiar nature of the instrument sought to be recovered,
there is no basis upon which its value could be assessed, and
we cannot determine whether it is worth anything or not.

Beside, in replevin the property taken can be counter-
bonded by the defendant, and such action upon the part of
the defendant in such a case as this would entirely defeat the
object of the suit.

It seems to me, therefore, that there is no complete remedy
at law, and an action in equity must be brought.

A new trial must be had in this action, because error was
committed in excluding the evidence of J. H. Lipsett as to
what took place between himself and his mother at the time
the deed was received by Lipsett.

Mrs. Browne, the plaintiff, having been examined as to what took place at that interview, the last clause of section 399 withdraws the prohibition contained in the first part of the section.

Because of this error a new trial must be had.